IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SARAH ROPSON,

                ORDER

      Plaintiff,

                13-cr-58-bbc

  v.

UNITED STATES,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

BENJAMIN MINOR,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  On October 28, 2013, Sarah Ropson filed a petition under § 853(n)(2) for a hearing to adjudicate the validity of her alleged interest in the property seized from her former roommate, defendant Benjamin Minor at the time of his arrest. In an order entered on November 19, 2013, I gave the government until November 27, 2013 in which to respond to Ms. Ropson's petition. On November 19, 2013, the government filed a response to the petition, informing the court that it has reached an agreement with Ms. Ropson on the

1

return of her property and it believes that the matter has been resolved.

Before I close this case, I will give Ms. Ropson until December 2, 2013, to inform the court in writing if she disagrees with the government's assertion that an agreement has been reached on the return of the property alleged in her petition. If I do not hear from her by December 2, 2013, the case will be closed.

ORDER

IT IS ORDERED that Sarah Ropson may until December 2, 2013, in which to inform the court in writing if she disagrees with the government's assertion that an agreement has been reached on the return of the property alleged in her petition. If she does not respond in writing by December 2, 2013, this case will be closed.

Entered this 19th day of November, 2013.

BY THE COURT:

BARBARA B. CRABB
District Judge